## Everett Baker, Appellant, v. William Dowling, Appellee.

### Gen. No. 41,531.

opinion filed April 14, 1941; rehearing denied April 28, 1941. George A. Bosomburg, for appellant; Robert Berg, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. "Not to be published in full."